THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HERBERT W. PETERS, Appellant.—

Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ. [See *post,* p. 1122.]